U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 1 2014

TONY R. MOORE, CLERK
BY _____
                 DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-62 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| QUALYN D. MITCHELL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate

Judge in the transcript previously filed herein, and having thoroughly reviewed the record,

including the written objections filed, and concurring with the findings of the Magistrate

Judge under the applicable law,

**IT IS ORDERED** that the motion to suppress [Record Document 17] be and is

hereby **DENIED**.

Further, the Court notes that the officer obtained a warrant before the phones

seized were forensically examined, thus eliminating any implication of Riley v. California, --

U.S. --, 134 S. Ct. 2473 (2014).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ____ day of August, 2014.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE